# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

|  |  |  |
|---|---|---|
| **SANDEEP KARKI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:26-CV-360-CRW-DNM** |
| | § | |
| **MARKWAYNE MULLIN in his official capacity as Secretary of the Department of Homeland Security, TODD BLANCHE in his official capacity as Acting Attorney General for the United States, TODD LYONS in his official capacity as Acting Director and Senior Official Performing the Duties of Director of the United States Immigration and Customs Enforcement (ICE), ACTING DIRECTOR in his official capacity as Field Office Acting Director of the Waco Field Office for ICE Enforcement and Removal Operations, and WARDEN in his official capacity as Warden of the Limestone County Detention Center,** | § § § § § § § § § § § § § § § § § | |
| | § | |
| **Respondents.** | § | |

## ORDER FOR SERVICE

Petitioner SANDEEP KARKI challenges his custody through a Petition for a Writ of Habeas Corpus under United States Code Title 28, Section 2241. (Dkt. No. 1). His petition raises issues which require Respondents, through their counsel, to show cause as to why the Court should not grant the relief that Karki seeks. 28 U.S.C. § 2243. Accordingly, the Court **ORDERS** that the Clerk shall serve copies of the Petition and this Order upon the Respondents through their counsel, the United States Attorney for the Western District of Texas.

The Court further **ORDERS** that the Respondents shall show cause within three (3) days of the entry of this Order. Respondents may, in lieu of a response, file a motion requesting

additional time of up to 20 days following the date of service to respond, as Section 2243 provides.

**SIGNED** this 4th day of June, 2026.

DAN N. MACLEMORE
UNITED STATES MAGISTRATE JUDGE